UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN THE MATTER OF:                                         CASE NO. 13-55308 - PWB

Rodney Romalus Leverette,                                 CHAPTER 13

        Debtor.

---

NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN,
DEADLINE FOR FILING WRITTEN OBJECTIONS,
AND HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED

**TO: Creditors and Other Parties in Interest**

**PLEASE TAKE NOTICE** that Rodney Romalus Leverette, the Debtor, has filed a proposed Modification to the confirmed Plan in this case, a copy of which modification you are receiving with this Notice or have received by mail. Pursuant to Rule 3015(g) of the Federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court before the following deadline.

**DEADLINE FOR FILING OBJECTION:** Twenty-four (24) days after the date on which this proposed Modification was filed. The proposed modification was filed on <u>December 19, 2014</u>. If the twenty-fourth day after the filing falls on a week-end or holiday, the deadline is extended to the next business day.

**PLACE OF FILING:** Clerk, United States Bankruptcy Court
Room 1340, United States Courthouse
Richard B. Russell Building
75 Spring Street, SW
Atlanta, GA 30303-3367

If you mail an objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also serve a copy on the undersigned at the address stated below and on the Debtor at:
**Rodney Romalus Leverette
222 Feld Avenue
Decatur, GA 30030**

**PLEASE TAKE FURTHER NOTICE** that if an objection to the proposed Modification is timely filed, the Court will hold a hearing on the modification on **January 28, 2015, at 9:50 a.m.** in **Courtroom 1401**, U.S. Courthouse, 75 Spring Street, Atlanta, Georgia. **If no objection is timely filed, the Court may approve the proposed modification without further notice or hearing.**

Dated: December 19, 2014

Respectfully submitted,
King & King Law LLC

By:_____/S/_____
John Brookhuis, Attorney for Debtor
Georgia Bar Number 940484
King & King Law LLC
215 Pryor Street
Atlanta, GA 30303
404-524-6400
notices@kingkingllc.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN THE MATTER OF:            CASE NO. 13-55308 - PWB

Rodney Romalus Leverette,         CHAPTER 13

    Debtor.

## POST-CONFIRMATION MODIFICATION OF PLAN
## AND REQUEST FOR ITS APPROVAL

Rodney Romalus Leverette, Debtor, proposes to modify the confirmed Chapter 13 Plan in this case as set forth below and requests that this Modification be approved.

## MODIFICATION OF PLAN

Rodney Romalus Leverette, Debtor, hereby modifies the Chapter 13 Plan, which the Court confirmed on July 25, 2013.

### I.

**In an effort not to exceed sixty (60) months, Debtor hereby modifies Paragraph 2 of his confirmed Chapter 13 Plan, as follows:**

2. **Plan Payments and Length of Plan.** Debtor will pay the sum of **$515.00** ~~$465.00~~ per month to Trustee by [x] Payroll Deduction(s) or by [ ] Direct Payment(s) for the applicable commitment period of thirty-six (36) months, unless all allowed claims in every class, other than long-term claims, are paid in full in a shorter period of time. The term of this Plan shall not exceed sixty (60) months. *See* 11 U.S.C. §§ 1325(b)(1)(B) and 1325(b)(4). Each pre-confirmation plan payment shall be reduced by any pre-confirmation adequate protection payment(s) made pursuant to Plan paragraph 6(A)(i) and § 1326(a)(1)(C).

[electronic signature page to follow]

Dated: December 19, 2014

                          Respectfully submitted,
                          King & King Law LLC

By: _____/s/_____
John Brookhuis, Attorney for Debtor
Georgia Bar Number 940484
King & King Law LLC
215 Pryor Street
Atlanta, GA 30303
404-524-6400
notices@kingkingllc.com

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN THE MATTER OF:                    CASE NO. 13-55308 - PWB

Rodney Romalus Leverette,            CHAPTER 13

       Debtor.

---

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

    I, Rodney Romalus Leverette, hereby certify under penalty of perjury that the attached pleading is true and correct to the best of my information and belief.

Date: December 16, 2014

Signed: _____
        Rodney Romalus Leverette